MAX LOMACHINSKY, PLAINTIFF-APPELLEE, v. LOUIS APRIL, DEFENDANT-APPELLANT.

Submitted December 21, 1922—Decided February 20, 1923.

On appeal from the District Court.

Before Justices PARKER, BERGEN and MINTURN.

PER CURIAM.

This case was marked to be submitted on briefs. There is no brief for the respondent. For the appellant, a brief is submitted, but the same is not signed by a counselor of this court. It is signed in the name of an attorney-at-law who is not a counselor. Such a brief, under the established practice, will not be considered, and the appeal will be dismissed. *Hazard* v. *Phœnix Woodworking Co.*, 78 *N. J. Eq.* 568.